UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
DEC 0 7 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| GRANT MATTHISEN, | No. 05-35874 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-05-00147-A-JKS District of Alaska, Anchorage |
| v. | |
| UNITED STATES OF AMERICA; et al., | ORDER |
| Defendants - Appellees. | |

**FILED**
DEC 13 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

The appellant's motion for an extension of time to file the opening brief is granted. The opening briefs received on October 17, 2005, October 28, 2005 and November 14, 2005 shall be discarded. The opening brief is now due December 14, 2005. Any further motion to extend this brief's due date is disfavored. As there is no appearance by the appellees, this case is deemed ready for calendaring after the filing of the opening brief.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Grace S. Santos
Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note to Rule 27
and Ninth Circuit 27-10

A05-0147-CV (JKS)
12/13/05 ang
G. MATTHISEN
Judge Singleton

8