**FILED**
JAN 2 0 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GRANT MATTHISEN, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> UNITED STATES OF AMERICA; et al., <br><br> Defendants - Appellees. | No. 05-35874 <br><br> D.C. No. CV-05-00147-A-JKS <br> District of Alaska, <br> Anchorage <br><br> ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 2 6 2006
ANCHORAGE, ALASKA

Before: Peter L. Shaw, Appellate Commissioner

The appellant's motion for an extension of time to file the opening brief is granted. The opening brief is due February 21, 2006. The court notes the opening brief was initially due October 12, 2005. Any further motion to extend this brief's due date is disfavored. As there is no appearance by the appellees, this case shall be ready for calendaring after the filing of the opening brief.

*Peter L. Shaw*
General Order 6.3(e)

promo commissioner 1.16.06/gs