UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 28 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GRANT MATTHISEN, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> UNITED STATES OF AMERICA; et al., <br><br> Defendants - Appellees. | No. 05-35874 <br><br> D.C. No. CV-05-00147-A-JKS <br> District of Alaska, <br> Anchorage <br><br> ORDER |

RECEIVED
MAR 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

The appellant's motion to accept the October 17, 2005 opening brief is granted. The October 17, 2005 opening brief shall be filed. The appellant's motion to accept the November 14, 2005 opening brief as a supplemental opening brief is granted. The November 14, 2005 supplemental opening brief shall be filed. As there is no appearance by the appellees, this case is deemed ready for calendaring.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

*[signature]*
Grace S. Santos
Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note to Rule 27
and Ninth Circuit 27-10

Pro 2.20