UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: May 8, 2006

To: United States Court of Appeals        ATTN: (XX) CIVIL
    For the Ninth Circuit
    Office of the Clerk                   () CRIMINAL
    95 Seventh Street
    San Francisco, California 94103       ()JUDGE

From:  Dan Maus
       U.S. District Court
       222 W.7th Ave., #4
       Anchorage, AK 99513

DC No: 3:05-cv-00147-JKS            Appeal No: 05-35874

Short title: MATHISEN vs. USA, et al.

Composition of Record

Clerk's Files in 1  volumes   (X) original    () certified copy

        Bulky docs. ___ volumes, docket # ___
                                (folders)

Reporter's  in ___ volumes    () original    ()certified copy
Transcripts

Exhibits:   in ___ envelopes   () under seal

            in ___ boxes       () under seal

Other: **NOTE: Documents 9-10 are electronic and available through PACER (certified copy of ACMS and ECF dockets enclosed)**


Acknowledgement: _____        Date: _____
"record.app" [11/21/97]